UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MYRA S. SMITH,<br><br>                        Plaintiff,<br><br>      -against-<br><br>CITY OF NEW YORK,<br><br>                        Defendant. | No. 1:23-cv-08229 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

      The City of New York moved to dismiss Plaintiff's complaint on January 8, 2024. ECF No. 11.  Plaintiff's deadline to oppose the motion to dismiss was January 22, 2024, but Plaintiff did not file any opposition to the motion to dismiss.  Plaintiff is hereby ORDERED to file her opposition to the motion to dismiss on or before February 16, 2024.  If Plaintiff fails to do so and also fails to request an extension of this deadline, Plaintiff is cautioned that the Court will deem the motion to dismiss unopposed, which may lead to dismissal of the action.

      The Clerk of Court is directed to mail a copy of this order to Plaintiff at her address of record.

Dated:  January 23, 2024
           New York, New York

                                                  SO ORDERED.

                                                  *Jennifer Rochon*
                                                  JENNIFER L. ROCHON
                                                  United States District Judge