UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MYRA S. SMITH,

                      Plaintiff,

-against-

CITY OF NEW YORK,

                      Defendant.

No. 1:23-cv-08229 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

      The City of New York moved to dismiss Plaintiff's complaint on January 8, 2024. ECF No. 11.  Plaintiff's deadline to oppose the motion to dismiss was January 22, 2024, but Plaintiff did not file any opposition to the motion to dismiss.  On January 23, 2024, the Court ORDERED Plaintiff to file her opposition to the motion to dismiss on or before February 16, 2024, and cautioned that if she failed to do so and also failed to request an extension of the deadline, the Court would deem the motion unopposed.  ECF No. 16.

      On February 26, 2024, Plaintiff filed a letter requesting an extension of time.  ECF No. 17.  Plaintiff states that her cell phone, documents, papers, journal, and other materials were "lost/stolen."  *Id.*  Plaintiff further states that Verizon has stopped her landline service since October 26, 2023.  *Id.*  Plaintiff did not state whether she intended to oppose the motion to dismiss, and if so, when she intended to oppose the motion to dismiss.

      Plaintiff is hereby ORDERED to file her opposition to the motion to dismiss, if any, by March 29, 2024.  If Plaintiff fails to do so, and fails to request another extension of time before that deadline, the motion to dismiss will be deemed unopposed, which may result in dismissal of this action.

1

The Clerk of Court is directed to update Plaintiff's phone number on ECF as reflected in ECF No. 117.  The Clerk of Court is further directed to mail a copy of this order to Plaintiff at her address of record.

Dated: February 28, 2024
       New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge