UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MYRA S. SMITH,<br><br>                          Plaintiff,<br><br>      -against-<br><br>CITY OF NEW YORK,<br><br>                          Defendant. | No. 1:23-cv-08229 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

      The Court has received Plaintiff's request for an extension of her deadline to file her opposition to Defendant's motion to dismiss. ECF No. 19. Plaintiff's deadline to oppose the motion to dismiss was January 22, 2024, which the Court extended to February 16, 2024, and then further extended to March 29, 2024. ECF Nos. 16, 18. Plaintiff requests additional time to file her opposition, but does not provide a proposed deadline for that filing. ECF No. 19.

      The Court is cognizant of Plaintiff's statements that her landline service has been interrupted since October 27, 2023, *id.* at 1, and that she lost her cellphone on December 22, 2023, *id.* at 2. However, Plaintiff is still responsible for meeting filing deadlines in this case, and Plaintiff's ability to file her opposition does not depend on access to landline service or her cell phone. The Court grants a further extension of Plaintiff's deadline to file her opposition papers until April 15, 2024. Should Plaintiff fail to meet this filing deadline and also fail to request a further extension of time before that deadline, the motion will be deemed unopposed, which may result in dismissal of this action. *See* ECF No. 18 (same warning). Should Plaintiff wish to request another extension of this deadline, she must provide good cause for the request.

      The Clerk of Court is directed to mail a copy of this order to Plaintiff at her address of record.

Dated: March 7, 2024
       New York, New York

                                                          SO ORDERED.

                                                           *Jennifer Rochon*
                                                          JENNIFER L. ROCHON
                                                          United States District Judge