USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/14/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MYRA S. SMITH,

                Plaintiff,

   - against -

CITY OF NEW YORK,

                Defendant.
------------------------------------------------------------X

23-CV-8229 (JRL) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    On July 25, 2024, Plaintiff filed two declarations in support of requests for injunction prohibiting harassment by certain persons at her place of employment.  (*See* Dkt. 26.) By August 23, 2024 Defendant shall file a letter responding to Dkt. 26.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: August 14, 2024
       New York, New York

Copies transmitted this date to all counsel of record. The Clerk's Office is directed to mail a copy of this order to Plaintiff and note service on the docket.