```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/21/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MYRA S. SMITH,

                Plaintiff,

     - against -

CITY OF NEW YORK,

                Defendant.
------------------------------------------------------------X

23-CV-8229 (JRL) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

       The City of New York moved to dismiss Plaintiff's complaint on September 23, 2024. (*See* Dkt. 35-37.)  Plaintiff's deadline to oppose the motion to dismiss was October 7, 2024, but Plaintiff did not file any opposition to the motion.  Plaintiff is hereby ORDERED to file her opposition to the motion to dismiss on or before **November 14, 2024**.  If Plaintiff fails to do so, the Court will deem the motion to dismiss unopposed, which may lead to dismissal of the action for that reason alone.  The Clerk of Court is directed to mail a copy of this order to Plaintiff at her address of record.

                SO ORDERED.

                _____
                ROBERT W. LEHRBURGER
                UNITED STATES MAGISTRATE JUDGE

Dated: October 21, 2024
       New York, New York

Copies transmitted this date to all counsel of record.