```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MYRA S. SMITH,                                              :
                                                            :   23-CV-8229 (JRL) (RWL)
                        Plaintiff,                          :
                                                            :
        - against -                                         :   ORDER
                                                            :
                                                            :
CITY OF NEW YORK,                                           :
                                                            :
                        Defendant.                          :
                                                            :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On October 22, 2024, Plaintiff filed a declaration requesting injunctive relief. Defendants shall file a response by November 12, 2024.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: October 31, 2024
       New York, New York

Copies transmitted this date to all counsel of record. The Clerk's Office is directed to mail a copy of this order to Plaintiff and note service on the docket.