UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MYRA S. SMITH,

                Plaintiff,

-against-

CITY OF NEW YORK,

                Defendant.

No. 1:23-cv-08229 (JLR) (RWL)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

      On September 23, 2024, Defendant moved to dismiss Plaintiff's Amended Complaint. Dkt. 35. On June 3, 2025, Magistrate Judge Robert W. Lehrburger issued a report and recommendation ("R&R") recommending that Defendant's motion to dismiss be granted. Dkt. 64. Plaintiff's objections to the R&R were due on June 17, 2025. *See id.* at 35.

      On June 17, 2025, Plaintiff submitted a request for an extension of time to file her objections to the R&R, explaining that she was unable to access the resources required to draft her objections due to a lack of internet access and a temporary outage in her telephone service. Dkt. 65.

      Plaintiff's request is GRANTED. Plaintiff shall submit her objections to the R&R no later than **July 15, 2025**.

      The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

Dated: June 24, 2025
       New York, New York

                              SO ORDERED.

                              *Jennifer Rochon*
                              JENNIFER L. ROCHON
                              United States District Judge