**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MYRA S. SMITH,

                Plaintiff,                                  23 **CIVIL** 8229 (JLR)(RWL)

       -against-                                       **JUDGMENT**

CITY OF NEW YORK,

                Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 18, 2025, the Court adopts the Report & Recommendation in its entirety. Defendant's motion to dismiss the amended complaint is GRANTED. Plaintiff's federal claims are hereby DISMISSED with prejudice for failure to state a claim. The Court declines to exercise supplemental jurisdiction over Plaintiff's remaining claims under state and city law, and those claims are hereby DISMISSED without prejudice to refiling in state court; accordingly, the case is closed.

**Dated:**  New York, New York
           July 18, 2025

                                                                     **TAMMI M. HELLWIG**
                                                                       **Clerk of Court**

                                **BY:**
                                                                  **Deputy Clerk**