USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/20/2025

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

MYRA S. SMITH

_____
(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

CITY OF NEW YORK

_____
(List the full name(s) of the defendant(s)/respondent(s).)

23 CV 08229 (JLR)(RWL)

**MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL**

I move under Rule 4(a)(5) of the Federal Rules of Appellate Procedure for an extension of time to file a notice of appeal in this action. I would like to appeal the judgment entered in this action on 07/18/2025 but did not file a notice of appeal within the required time period because:

PLAINTIFF IS A DISABLED PERSON SUFFERING FROM CHRONIC, PAINFUL DEBILITATING CONDITION WHICH REQUIRED PLAINTIFF TO SEEK MEDICAL CARE FROM SEVERAL MEDICAL PROFESSIONAL TEAMS DURING THE DAY WHILE THE COURT WAS OPENED.

(Explain here the excusable neglect or good cause that led to your failure to file a timely notice of appeal.)

Dated: 19 August 2025

Signature: /s/ Myra S. Smith

Name (Last, First, MI): SMITH, MYRA, S.

Address: 919 PARK PLACE #3M, BROOKLYN, NEW YORK 11213

Telephone Number: 929 215 7537

E-mail Address (if available):

Rev. 3/27/15